IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                    Plaintiff,

    v.

STACY L. HAWVER,

                                  Defendant.

JUDGMENT AND
COMMITMENT ORDER

10-po-15-slc

_____

       Defendant Stacy L. Hawver, having pled guilty to the assimilated offense of Operating a Motor Vehicle While Under the Influence, it is hereby ORDERED that:

       1) Defendant Stacy L. Hawver is sentenced to 5 days' incarceration at a jail facility to be designated by the United States Bureau of Prisons. Hawver's self-report date is December 6, 2010 at noon.

       2) Not later than noon, January 6, 2011, defendant Stacy L. Hawver shall pay a fine of $550 to the clerk of this court.

       3) Defendant Stacy L. Hawver must pay the $10 special assessment forthwith.

       Entered this 4th day of November, 2010.

                                         BY THE COURT:

                                         /s/

                                         STEPHEN L. CROCKER
                                         Magistrate Judge